```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 28993
    RUSSELL A ORBAN
    KATHY M ORBAN                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-2436    SSN XXX-XX-8187

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/27/08 .

    2.  The case was converted to Chapter 7 without confirmation, 01/07/2009.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                  PAID             PAID
------------------------------------------------------------------------------
INDYMAC BANK               CURRENT MORTG          .00              .00              .00
INDYMAC BANK               MORTGAGE ARRE  NOT FILED                .00              .00
COUNTRYWIDE HOME LOANS     SECURED               .00              .00              .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE  NOT FILED                .00              .00
DRIVE FINANCIAL SERVICES   SECURED VEHIC         .00              .00              .00
WELLS FARGO FINANCIAL AC   SECURED VEHIC         .00              .00              .00
HSBC                       UNSECURED      NOT FILED                .00              .00
CHASE BANK USA             UNSECURED      NOT FILED                .00              .00
DISCOVER BANK              UNSECURED      NOT FILED                .00              .00
FIRST DATA LEASING SOLUT   UNSECURED      NOT FILED                .00              .00
GEMB                       UNSECURED      NOT FILED                .00              .00
HOMECOMING FINANCIAL NET   UNSECURED      NOT FILED                .00              .00
LVNV FUNDING               UNSECURED      NOT FILED                .00              .00
MACYS RETAIL HOLDINGS IN   UNSECURED      NOT FILED                .00              .00
          Summary of disbursements:
------------------------------------------------------------------------------
                           SECURED      PRIORITY      UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED           .00          .00            .00            .00            .00
PRINCIPAL PAID               .00          .00            .00            .00            .00
INTEREST PAID                .00          .00            .00            .00            .00
TOTAL PAID                   .00          .00            .00            .00            .00
The Debtor's attorney, SELECT LEGAL PC                  , was allowed $         .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 02/18/09                    /s/
                        GLENN STEARNS
                        CHAPTER 13 TRUSTEE

                        PAGE   2
CASE NO. 08 B 28993 RUSSELL A ORBAN & KATHY M ORBAN